**Order filed May 12, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00919-CR

———————

### QUINTIN BEANARD BRANTLEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1397470**

## ORDER

Appellant is represented by appointed counsel, Melissa Martin. Appellant's brief was originally due January 29, 2015**.** We granted more than 90 days' extension of time to file appellant's brief until May 4, 2015. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On May 5, 2015, counsel filed a

further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and order Melissa Martin to file a brief with the clerk of this court on or before June 1, 2015. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.